**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-2191**

─────────────

In re: REYNALDO CALDERON, a/k/a Ray,

       Petitioner.

─────────────

On Petition for Writ of Mandamus.  (7:12-cr-00037-FA-1)

─────────────

Submitted:  December 20, 2022                    Decided:  December 27, 2022

─────────────

Before KING and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Reynaldo Calderon, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reynaldo Calderon petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his "Motion to Amend or Make Additional Findings After Judgment in a 2255 Action" and his motion for sealed records. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*